**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-1528-PHX-GMS |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Jesus Arcila-Torres, | ) ) | |
| Defendant. | ) ) ) | |

    Defendant filed a pro se notice of appeal in this matter. Appointed Counsel has the duty to ascertain whether the Defendant wishes to appeal and file a notice of appeal upon the Defendant's request. See 9th Cir. R. 4-1(a). Because the pro se notice of appeal was filed more than 10 court days after the entry of judgment but within 30 calendar days after the expiration of the time to file the notice of appeal, this court provides the Defendant with an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on excusable neglect. See Fed. R. App. P. 4(b)(4); United States v. Praire Pharmacy, Inc., 921 F.2d 211, 212 (9th Cir. 1990); United States v. Solarz, 547 F.2d 108, 112 (9th Cir. 1976). Pursuant to the remand order received from the Ninth Circuit Court of Appeals, appointed counsel, Baltazar Iniguez, has the duty to continue to represent the Defendant on appeal until counsel is relieved by this court. Counsel will ascertain whether Defendant wishes to appeal and file a notice of appeal upon the Defendant's request. Counsel will

represent defendant in filing any motion to extend the time for appeal based on excusable neglect. Counsel will file any such motion within 21 days from the date of this order. If counsel wishes to withdraw, after the district court makes its determination regarding whether the time to appeal shall be extended, counsel must, within 21 days, file a motion with the Ninth circuit accompanied by a statement of reasons and proof of service on Defendant showing Defendant's current address and including: (1) a motion by appointed counsel to be relieved and for appointment of substitute counsel; or (2) a substitution of counsel showing that new counsel has been retained to represent Defendant; or (3) a motion by Defendant to proceed pro se; or (4) an affidavit or signed statement from Defendant showing that Defendant has been advised of Defendant's rights with regard to the appeal and expressly stating that Defendant wishes to dismiss the appeal voluntarily. See 9th Cir. R. 4-1(c). A copy of this order, as well as a copy of the Ninth Circuit's remand order to this Court will be served both on Defendant and Defendant's Counsel Baltazar Iniguez, Esq., 3106 North 16th Street, Phoenix, Arizona 85106.

DATED this 8th day of July, 2009.

_G. Murray Snow_
G. Murray Snow
United States District Judge